UNITED STATES DISTRICT COURT
SECOND DIVISION
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyon Financial Service, Inc., d/b/a US Bancorp Manifest Funding Services,<br><br>Plaintiff,<br><br>vs<br><br>Therapeutic Dimensions PLLC, a Texas professional limited liability company and Gordon Beardwood, individually,<br><br>Defendants. | Case No. 10-4222 (PAM/JSM)<br><br><br><br>**ORDER FOR DISMISSAL<br>WITHOUT PREJUDICE** |

Pursuant to the parties' Stipulation to Dismissal without Prejudice, any and all claims in this matter are hereby dismissed, without prejudice and without any award of costs or disbursements to any of the parties.

There being no just reason for delay, let judgment be entered accordingly.

Dated:  July 26, 2011                              BY THE COURT:

                                                                   s/Paul A. Magnuson
                                                                   Paul A. Magnuson
                                                                   United States District Court Judge